IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 11-cr-40068-RDR |
| | ) | |
| TERRI L. MORRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Now on this 29th day of June 2012, the above-entitled matter comes before the court upon the motion of the United States for an order extending the time to file responses to defendant's post trial motion to July 3, 2012. The Court, after reviewing the motion and being fully advised in the premises finds as follows:

1. The defendant filed her Renewed Motion for Judgment of Acquittal on June 13, 2012 (Doc. 55), and her Motion for New Trial on June 18, 2012 (Doc. 56). The government's response to the defendant's post trial motions is due on June 28, 2012.

2. Due to the press of other matters, counsel for the government needs a few extra days to file responses to the above motions, and requests that the filing deadline be extended to July 3, 2012.

3. Defense counsel has been notified of the above and does not oppose

this motion.

4. The additional time will not affect any hearings currently set in this matter.

IT IS THEREFORE ORDERED that the motion of the United States for an order extending the deadline to file responses to defendant's post trial motions is granted.

IT IS THEREFORE FURTHER ORDERED that the government's responses to the defendant's post trial motions in this matter shall be filed on or before the **July 3, 2012**.

IT IS SO ORDERED.

                                      s/Richard D. Rogers
                                      United States District Judge